UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kevin O'Donnell, et al
                        Plaintiff,

- *against* -

Police Officer Robert Card
                        Defendant(s).

11 Civ. 3297 (ER)(PED)

SCHEDULING ORDER
(Discovery Dispute)

PAUL E. DAVISON, U.S.M.J.:

On January 14, 2013 at 11:00am, Counsel shall appear for a conference to address the dispute identified by Hobart J. Simpson, Esq. in a letter to the Honorable Edgardo Ramos dated 12/28/2012.

At the outset of the conference, counsel will be required to confirm that, consistent with Rule 37(a)(1), Fed. R. Civ. P., counsel have in good faith conferred and attempted to resolve the dispute without court intervention, and counsel may be questioned concerning the circumstances and duration of the "meet and confer." The Court requires that Rule 37(a)(1) communications be conducted in person or by uninterrupted telephone conference lasting Fifteen (15) minutes or more.

This conference will be cancelled in the event that counsel jointly advise the Court, in writing, that the dispute has been resolved.

Dated: January 7, 2013
       White Plains, New York

SO ORDERED.

Paul E. Davison
United States Magistrate Judge